United States District Court
Southern District of Texas
FILED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE  DIVISION

JUN 1 2 2003

Michael N. Milby
Clerk of Court

B-03-111

| | | |
|---|---|---|
| DANNY HERMAN TRUCKING, INC. | § | |
| | § | Cause No. _____ |
| Plaintiff, | § | Jury |
| | § | |
| v. | § | |
| | § | |
| AUTO TRANSPORTES ROMEDU, S.A. | § | |
| DE C.V., ROMULO MEJIA, | § | |
| Individually and ARNULFO AMADOR | § | |
| RODRIGUEZ, Individually. | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF DANNY HERMAN TRUCKING, INC.'S
## ORIGINAL COMPLAINT

### A. Parties

1.    Plaintiff DANNY HERMAN TRUCKING, INC. ("DANNY HERMAN TRUCKING") is

a California corporation. Its principal place of business is in Tennessee.

2.    Defendant AUTO TRANSPORTES ROMEDU, S.A. DE C.V., ("ROMEDU") is a

Mexican corporation. Its principal place of business is in Mexico. It may be served under the

terms of the 1965 Convention of the Service Abroad of Judicial and Extrajudicial Documents in

Civil or Commercial Matters.  It may also be served under the terms of the 1975 Inter-American

Convention on Letters Rogatory and the 1979 Additional Protocol to the Inter-American

Convention on Letters Rogatory, or by any method otherwise allowed by the Federal Rules of

Civil Procedure.  ROMEDU may be served with process at its principal office or place of

business located at Av. Lauro Villar KM. 1.5 #60 Col. Puertas Verdes, H. Matamoros,

Tamaulipas, Mexico, or at any other address where it may be properly served.

---

3.     In the alternative, AUTO TRANSPORTES ROMEDU, S.A. DE C.V. may be served with process by personal delivery, certified mail, restricted delivery, return receipt requested or by any other means allowed under the Federal Rules of Civil Procedure directed to Romulo Mejia, or to an officer or any other individual in their capacity as principal, proprietor, officer, partner, managing agent or a duly authorized agent for service at 970 S. Indiana Avenue, Brownsville, Texas 78521 or wherever they may be found.

4.     Defendant ROMULO MEJIA, Individually (MEJIA) is a Mexican citizen who resides in Mexico and may be served under the terms of the 1965 Convention of the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters. He may also be served under the terms of the 1975 Inter-American Convention on Letters Rogatory and the 1979 Additional Protocol to the Inter-American Convention on Letters Rogatory, or by any method otherwise allowed by the Federal Rules of Civil Procedure. MEJIA may be served with process at Av. Lauro Villar KM. 1.5 #60 Col. Puertas Verdes, H. Matamoros, Tamaulipas, Mexico, or at any other address where he may be properly served.

5.     In the alternative, ROMULO MEJIA may be served with process by personal delivery, certified mail, restricted delivery, return receipt requested or by any other means allowed under the Federal Rules of Civil Procedure at 970 S. Indiana Avenue, Brownsville, Texas 78521 or wherever he may be found.

6.     Defendant ARNULFO AMADOR RODRIGUEZ ("RODRIGUEZ") is a Mexican citizen who resides in Mexico. He may be served under the terms of the 1965 Convention of the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters. He may also be served under the terms of the 1975 Inter-American Convention on Letters Rogatory and the 1979 Additional Protocol to the Inter-American Convention on Letters Rogatory, or by any

---

**ORIGINAL COMPLAINT OF PLAINTIFF DANNY HERMAN TRUCKING, ING.**          **PAGE 1 OF 2**

method otherwise allowed by the Federal Rules of Civil Procedure. RODRIGUEZ may be served with process at his place of employment at Av. Lauro Villar KM. 1.5 #60 Col. Puertas Verdes, H. Matamoros, Tamaulipas, Mexico, or at Calle Luis Echeverria Alvarez numero 14, colonia Miguel Hidalgo, en la ciudad de Matamoros, Tamaulipas, or at 27 y 25 Herrera Torres numero 1142, colonia Heroe de Nacozari, ciudad Victoria, Tamaulipas, or at any other address where he may be properly served.

7.      In the alternative, ARNULFO AMADOR RODRIGUEZ may be served with process by personal delivery, certified mail, restricted delivery, return receipt requested or by any other means allowed under the Federal Rules of Civil Procedure at 970 S. Indiana Avenue, Brownsville, Texas 78521 or wherever he may be found.

## B. Jurisdiction

8.      The Court has jurisdiction under 28 U.S.C. § 1332(a)(2) because this suit is between a citizen of a state and citizens and subjects of a foreign state and the amount in controversy exceeds $75,000, excluding interest and costs, as described in Paragraph 7 below.

## C. Venue

9.      Venue is proper in the Southern District of Texas under 28 U.S.C. § 1391(a) because a substantial part of the events or omissions giving rise to the claim occurred in and around Brownsville, Cameron County, Texas.

## D. Facts

10.     On or about May 15, 2001, Defendant RODRIGUEZ, a truck driver, acting as an employee or independent contractor under the control of Defendants MEJIA and ROMEDU, attached a cab to a loaded trailer of merchandise at DANNY HERMAN TRUCKING's yard in Brownsville, Texas. Neither MEJIA, ROMEDU nor RODRIGUEZ had authority to hook up or

---

**ORIGINAL COMPLAINT OF PLAINTIFF DANNY HERMAN TRUCKING, ING.**          **PAGE 1 OF 3**

move the trailer in question. RODRIGUEZ then drove the cab and trailer across the border into Mexico without proper paperwork, where the trailer and its contents were seized by Mexican authorities. Efforts to secure release of the trailer and merchandise have failed.

11.     The merchandise in the trailer consisted of telephone equipment DANNY HERMAN TRUCKING was supposed to deliver to Valley Cargo in Brownsville, Texas. Team Air Express, Inc., the freight broker, has demanded payment from DANNY HERMAN TRUCKING in the amount of $1,123,200.00 for the merchandise, and has sued DANNY HERMAN TRUCKING for the value of the merchandise and related charges in Cause No. 6:03CV242 pending in the United States District Court for the Eastern District of Texas, Tyler Division, which DANNY HERMAN TRUCKING intends to move to transfer to this Court under 28 U.S.C. § 1404.

### E. Count 1-Negligence

12.     MEJIA, ROMEDU and RODRIGUEZ acted negligently. MEJIA, ROMEDU and RODRIGUEZ had a duty to DANNY HERMAN TRUCKING to exercise reasonable care in conducting business in DANNY HERMAN TRUCKING's yard, and breached that duty by removing the trailer and merchandise from the yard and driving the trailer into Mexico without authority and without proper paperwork. MEJIA, ROMEDU and RODRIGUEZ's conduct proximately caused the damages of which DANNY HERMAN TRUCKING complains. MEJIA, ROMEDU and RODRIGUEZ also breached other duties which constituted negligence and which proximately caused the damages incurred by DANNY HERMAN TRUCKING.

### F. Count 2-Conversion

13.     MEJIA, ROMEDU and RODRIGUEZ are liable for conversion of the trailer and merchandise. DANNY HERMAN TRUCKING had in its possession and had the right to immediately possess the trailer and merchandise for purposes of transporting the merchandise to

---

Valley Cargo. MEJIA, ROMEDU and RODRIGUEZ wrongfully exercised control over such personal property by removing it from DANNY HERMAN TRUCKING's yard and driving it into Mexico without authority and without proper paperwork. DANNY HERMAN TRUCKING demanded return of the trailer and merchandise, and MEJIA, ROMEDU and RODRIGUEZ refused. MEJIA, ROMEDU and RODRIGUEZ's conduct proximately caused the damages of which DANNY HERMAN TRUCKING complains.

### G. Count 3-Indemnity and Contribution

14.    Based on the foregoing facts in Paragraphs 10 through 13, which are incorporated by reference herein, in the unlikely event DANNY HERMAN TRUCKING is found to have any liability, DANNY HERMAN TRUCKING is entitled to indemnity, contribution, and a defense by and from MEJIA, ROMEDU and RODRIGUEZ under common law, statute, including Chapters 32 and 33 of the Texas Civil Practice and Remedies Code, and any applicable contract. MEJIA, ROMEDU and RODRIGUEZ are also responsible third parties under Chapter 33 of the Texas Civil Practice and Remedies Code with respect to the suit filed against DANNY HERMAN TRUCKING by Team Air Express, Inc.

### H. Count 4-Attorney's Fees

15.    DANNY HERMAN TRUCKING is entitled to attorney's fees under applicable law.

### I. Damages

16.    Because of MEJIA, ROMEDU and RODRIGUEZ's conduct, DANNY HERMAN TRUCKING was unable to deliver the merchandise to Valley Cargo, lost the trailer and its contents, became the subject of a demand for $1,123,000.00 by Team Air Express and a suit for this amount and related charges, and lost future business with Team Air Express, the shipper, and the receiving party. DANNY HERMAN TRUCKING's damages further include the value of

contents, became the subject of a demand for $1,123,000.00 by Team Air Express and a suit for this amount and related charges, and lost future business with Team Air Express, the shipper, and the receiving party. DANNY HERMAN TRUCKING's damages further include the value of damages claimed by Team Air Express, Inc. or other interested party in any related claim, and the cost of defending the suit brought against DANNY HERMAN TRUCKING by Team Air Express, Inc.

### J. Jury Demand

13.    DANNY HERMAN TRUCKING demands a trial by jury in accordance with Federal Rule of Civil Procedure 38 and any other applicable law.

### K. Prayer

14.    Plaintiff DANNY HERMAN TRUCKING, INC. prays that it have and recover against Defendants AUTO TRANSPORTES ROMEDU, S.A. DE C.V. and ARNULFO AMADOR RODRIGUEZ damages, attorney's fees, costs, pre- and post-judgment interest, and such other and further relief to which it may be entitled at law or in equity.

DATED:   June 12, 2003.

Respectfully submitted,

**TORTEYA & TORTEYA, P.L.L.C.**
700 E. Washington Street
Brownsville, Texas 78520
(956) 550-8373
(956) 550-8353 Facsimile

By:   _____
IGNACIO TORTEYA, III
State Bar No. 00795685
Fed. I.D. No. 20917

<u>Of Counsel:</u>

**HICKS & LUCKY, P.C.**
JEFFREY T. LUCKY
State Bar No. 12667350
5812 Cromo Drive
El Paso, Texas  79912-5502
(915) 834-8400
(915) 587-8401 Facsimile


Attorneys for Plaintiff
DANNY HERMAN TRUCKING, INC.

---

**ORIGINAL COMPLAINT OF PLAINTIFF DANNY HERMAN TRUCKING, ING.** **PAGE 1 OF 7**