3

United States District Court
Southern District of Texas
FILED

JUN 2 5 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANNY HERMAN TRUCKING, INC. | § | |
| | § | Cause No. B-03-111 |
| Plaintiff, | § | Jury |
| | § | |
| v. | § | |
| | § | |
| AUTO TRANSPORTES ROMEDU, S.A. | § | |
| DE C.V., ROMULO MEJIA, | § | |
| Individually and ARNULFO AMADOR | § | |
| RODRIGUEZ, Individually. | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF DANNY HERMAN TRUCKING, INC.'S
CERTIFICATE OF PARTIES FINANCIALLY INTERESTED IN LITIGATION**

Plaintiff DANNY HERMAN TRUCKING, INC. by and through its counsel of record, files this Certificate of Parties Financially Interested in Litigation pursuant to this Court's Order of June 12, 2003.

DATED: June 12, 2003.

Respectfully submitted,

**TORTEYA & TORTEYA, P.L.L.C.**
700 E. Washington Street
Brownsville, Texas 78520
(956) 550-8373
(956) 550-8353 Facsimile

By: _____
IGNACIO TORTEYA, III
State Bar No. 00795685
Fed. I.D. No. 20917

Of Counsel:

**HICKS & LUCKY, P.C.**
JEFFREY T. LUCKY
State Bar No. 12667350
5812 Cromo Drive
El Paso, Texas 79912-5502
(915) 834-8400
(915) 587-8401 Facsimile

Attorneys for Plaintiff
DANNY HERMAN TRUCKING, INC.

### *CERTIFICATE OF SERVICE*

Pursuant to the Federal Rules of Civil Procedure, I certify that on the above date a true and correct copy of the foregoing document was mailed certified mail, return receipt requested to **Auto Transportes Romedu, S.A. De C.V.**, 970 S. Indiana Avenue, Brownsville, Texas 78521; **Romulo Mejia**, 970 S. Indiana Avenue, Brownsville, Texas 78521; and **Arnulfo Amador Rodriguez**, 970 S. Indiana Avenue, Brownsville, Texas 78521, Defendants.

_____
Ignacio Torteya, III

## PLAINTIFF DANNY HERMAN TRUCKING, INC.'S
## CERTIFICATE OF PARTIES FINANCIALLY INTERESTED IN LITIGATION

Auto Transportes Romedu, S.A. De C.V., Av. Lauro Villar KM. 1.5 #60 Col. Puetas Verdes, H. Matamoros, Tamaulipas, Mexico.

Cherokee Insurance Company, P.O. Box 159, Warren, MI 48090, 810-754-0600.

Fritz International Insurance Brokers, 545 Mission Street, 4th Street, San Francisco, CA 94105.

Danny Herman Trucking, Inc., P.O. Box 55, Mountain City, TN 37683, 800-251-7500.

Romulo Mejia, Av. Lauro Villar KM. 1.5 #60 Col. Puetas Verdes, H. Matamoros, Tamaulipas, Mexico.

Arnulfo Amador Rodriguez, Av. Lauro Villar KM. 1.5 #60 Col. Puertas Verdes, H. Matamoros, Tamaulipas, Mexico, or at Calle Luis Echeverría Álvarez Numero 14, Colonia Miguel Hidalgo, H. Matamoros, Tamaulipas, Mexico or at 27 y 25 Herrera Torres Numero 1142, Colonia Héroe de Nacozari, Ciudad Victoria, Tamaulipas, Mexico.

Team Air Express, P.O. Box 668, Winnsboro, Texas 75494. 93-34-3899.

Telular Corporation, 647 N. Lakeview Parkway, Vernon Hills, IL, 60061, 847-573-6240.

Valley Cargo, 5801 Padre Island Highway, Brownsville, TX, 78521.

ACT Manufacturing, Inc., Carretera a Nogales, Rm. 8, Hermosillo, Sonora, Mexico.

Brightstar de Mexico, S.A. de C.V., Ar. Industria No. 35-27 Col. San Pablo Xalpa Tlalnepantia, Edo. de Mex. 54170, Mexico.

CMC Industrias Hermosillo, S.A. de CV (unknown address in Mexico).

CMC Mississippi, Inc., 1801 Fulton Drive, Corinth, MS 38834.

Brightstar Corporation, 2701 NW 107th Avenue, Miami, FL 33172.