4

• AO 440 (Rev. 10/93) Summons in a Civil Action    Romedu, SA

| Auto Transportes | RETURN OF SERVICE CAB-03-111 |
|---|---|
| Service of the Summons and complaint was made by me | DATE 7-14-03 |
| NAME OF SERVER (PRINT) Margarito Guzman Jr. | TITLE Agent |

Check one box below to indicate appropriate method of service

United States District Court
Southern District of Texas
FILED
JUL 14 2003
Michael N. Milby
Clerk of Court

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): Received for Auto Transportes Romedu S.A. DE CV.
By: X__ Juan A. Turcubiates

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-14-03        M. Guzman Jr.
             Date             Signature of Server

Guzman Civil Process Services
1905 E. Ringgold St. Brownsville, Tx 78520
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.