UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 6 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DANNY HERMAN TRUCKING, INC., § § Plaintiff, § § v. § § AUTO TRANSPORTES ROMEDU, S.A. § DE C.V., ROMULO MEJIA, § Individually, and ARNULFO AMADOR § RODRIGUEZ, Individually, § § Defendants. § § § | CIVIL ACTION NO. B-03-111 |

**JOINT DISCOVERY/CASE MANAGEMENT PLAN
UNDER RULE 26(f)
FEDERAL RULES OF CIVIL PROCEDURE**

1.  **State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.**

    The meeting was held telephonically on September 24, 2003.

    Counsel attending for Plaintiff DANNY HERMAN TRUCKING, INC. were Jeffrey T. Lucky and Arthur R. Piacenti.

    Counsel attending for Defendants AUTO TRANSPORTES ROMEDU, S.A. DE C.V. and ROMULO MEJIA was Jaime A. Saenz.

    No counsel attended for Defendant ARNULFO AMADOR RODRIGUEZ, as he has not yet been served.

2.  **List the cases related to this one that are pending in any state or federal court, with the case number and court.**

    TEAM AIR EXPRESS, INC., d/b/a TEAM WORLDWIDE, Plaintiff, v. DANNY HERMAN TRUCKING, INC., Defendant and Third-Party Plaintiff, v. AUTO TRANSPORTES ROMEDU, S.A. DE C.V., ROMULO MEJIA, Individually, and ARNULFO AMADOR RODRIGUEZ, Individually, Third-Party Defendants; Cause No. 6:03CV242-WMS, pending in the United States District Court for the Eastern District of Texas, Tyler Division.

3. **Specify the allegation of federal jurisdiction.**

   Diversity of the parties.

4. **Name the parties who disagree and the reasons.**

   No participating parties disagree as to Answer No. 3 above.

5. **List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.**

   Plaintiff wishes to include the following additional parties:

   ARNULFO AMADOR RODRIGUEZ, already named as a defendant, as soon as he can be served.

   TEAM AIR EXPRESS, Plaintiff in the related Tyler case listed in Answer No. 2 above, as soon as transfer and consolidation issues between this case and the case listed in Answer No. 2 can be resolved.

   TELULAR CORPORATION and any other person who may have an interest in or relating to the cargo made the subject of this suit, as soon as such interests can be determined.

6. **List anticipated interventions.**

   Intervention by any of the persons mentioned in Answer No. 5 above is possible, except ARNULFO AMADOR RODRIGUEZ, who is already named as a defendant.

7. **Describe class-action issues.**

   None.

8. **State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.**

   Such arrangements have not been made, as the parties have agreed, if the Court permits, in lieu of initial disclosures, to conduct formal discovery, including but not limited to interrogatories, requests for production, and requests for admissions.

9. **Describe the proposed agreed discovery plan, including:**

   A. **Responses to all the matters raised in Rule 26(f).**

      See Answer to No. 8 above.

    **B.**    **When and to whom the plaintiff anticipates it may send interrogatories.**

All defendants within 60 days (with an adjustment for parties not yet served).

    **C.**    **When and to whom the defendant anticipates it may send interrogatories.**

The other parties within 60 days (with an adjustment for parties not yet served).

    **D.**    **Of whom and by when the plaintiff anticipates taking oral depositions.**

All defendants, including corporate representatives, and key fact witnesses within 120 days.

    **E.**    **Of whom and by when the defendant anticipates taking oral depositions.**

The other parties, including corporate representatives, and key fact witnesses within 120 days.

    **F.**    **List expert depositions the plaintiff anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).**

Unknown at this time whether any experts are to be retained; the parties request that the Court set a deadline for expert designation for both sides.

    **G.**    **List expert depositions the defendant anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).**

Unknown at this time whether any experts are to be retained; the parties request that the Court set a deadline for expert designation for both sides.

**10.**    **If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**

None.

**11.**    **Specify the discovery beyond initial disclosures that has been undertaken to date.**

None.

**12.**    **State the date the planned discovery can reasonably be completed.**

Within 180 days.

13. **Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.**

    The parties are amenable to discussing an early settlement, but participation by non-parties may be essential. The parties may meet in person before or after the pre-trial conference for further discussion.

14. **Describe what each party has done or agreed to do to bring about a prompt resolution.**

    Counsel for the parties have discussed the possibility of early settlement by phone; the parties may meet in person for further discussion.

15. **From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.**

    The parties are amenable to mediation at an appropriate time.

16. **Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.**

    The parties are not in agreement at this time but will further discuss this issue.

17. **State whether a jury demand has been made and if it was made on time.**

    Plaintiff made a jury demand in its Original Complaint; Defendants made a jury demand in their Original Answer. The demands were timely.

18. **Specify the number of hours it will take to present the evidence in this case.**

    At this time, the parties anticipate a trial of approximately 3 days.

19. **List pending motions that could be ruled on at the initial pretrial and scheduling conference.**

    None. See Answer to No. 20 below.

20. **List other motions pending.**

    Defendants filed a Rule 12(b)(6) motion. Plaintiff requests that this motion be set for a separate hearing subsequent to the initial pretrial and scheduling conference.

21. **Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.**

Given the related issues between this case and the case listed in Answer No. 2 above, Plaintiff believes transfer and consolidation in one place is appropriate and intends to pursue this result.

22. **List the names, bar numbers, addresses, and telephone numbers of all counsel.**

   **TORTEYA & TORTEYA, P.L.L.C.**
   IGNACIO TORTEYA, III
   State Bar No. 00795685
   Fed. I.D. No. 20917
   700 E. Washington Street
   Brownsville, Texas 78520
   (956) 550-8373
   FAX (956) 550-8353

   **HICKS & LUCKY, P.C.**
   JEFFREY T. LUCKY
   State Bar No. 12667350
   5812 Cromo Drive
   El Paso, Texas 79912-5502
   (915) 834-8400
   FAX (915) 587-8401

   Attorneys for Plaintiff DANNY HERMAN TRUCKING, INC.

   **RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
   Jaime A. Saenz
   State Bar No. 17514859
   Joseph A. Rodriguez
   State Bar No. 17146600
   1201 East Van Buren
   P.O. Box 2155
   Brownsville, Texas 78522
   (956) 542-7441
   FAX (956) 541-2170

   Attorneys for Defendants AUTO TRANSPORTES ROMEDU, S.A. DE C.V. and ROMULO MEJIA

23. **All counsel or pro se parties are required to keep the Clerk and all other parties advised of changes of address.**

Respectfully submitted,

**TORTEYA & TORTEYA, P.L.L.C.**

DATED: September 25th, 2003          By: _____
IGNACIO TORTEYA, III
State Bar No. 00795685
Fed. I.D. No. 20917
700 E. Washington Street
Brownsville, Texas 78520
(956) 550-8373
FAX (956) 550-8353

**HICKS & LUCKY, P.C.**
JEFFREY T. LUCKY
State Bar No. 12667350
5812 Cromo Drive
El Paso, Texas 79912-5502
(915) 834-8400
FAX (915) 587-8401

**Attorneys for Plaintiff DANNY HERMAN TRUCKING, INC.**

**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**

DATED: September 26th, 2003          By: _____
JAIME A. SAENZ
State Bar No. 17514859
JOSEPH A. RODRIGUEZ
State Bar No. 17146600
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522
(956) 542-7441
FAX (956) 541-2170

**Attorneys for Defendants AUTO TRANSPORTES ROMEDU, S.A. DE C.V. and ROMULO MEJIA**