# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

OCT 1 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DANNY HERMAN TRUCKING, INC. § | |
| § | |
| VS.  § | CIVIL ACTION NO. B-03-111 |
| § | |
| AUTO TRANSPORTES ROMEDU, S.A. § | |
| C.V., ET AL. § | |

TYPE OF CASE:   __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been reset for the place, date, and time set forth below:

TYPE OF PROCEEDING:

INITIAL PRETRIAL CONFERENCE

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

NOVEMBER 20, 2003 AT 1:30 P.M.

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 7, 2003

TO:     MR. IGNACIO TORTEYA, III
        MR. JAIME SAENZ