# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

### ORDER

United States District Court
Southern District of Texas
ENTERED
NOV 1 2 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DANNY HERMAN TRUCKING, INC. | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-111 |
| AUTO TRANSPORTES ROMEDU, S.A. C.V., ET AL. | § § | |

TYPE OF CASE:        __X__ CIVIL                            ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been reset for the place, date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON PLAINTIFF DANNY HERMAN TRUCKING, INC.'S MOTION TO TRANSFER VENUE

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**NOVEMBER 20, 2003 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   NOVEMBER 10, 2003

TO:   MR. IGNACIO TORTEYA, III
      MR. JAIME SAENZ