United States District Court
Southern District of Texas
FILED

NOV 2 0 2003

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE AND
HEARING ON PLAINTIFF'S MOTION TO TRANSFER VENUE

CIVIL ACTION NO. B-03-111                         DATE & TIME:   11-20-03 AT 1:30 P.M.

DANNY HERMAN TRUCKING, INC.                       PLAINTIFF(S)   IGNACIO TORTEYA, III
                                                  COUNSEL

VS.

AUTO TRANSPORTES ROMEDU, S.A. DE C.V.             DEFENDANT(S)   JAIME SAENZ
ET AL.                                            COUNSEL

-------------------------------------------------------------------------------------------------

Court Reporter: Bill Holloway
CSO:            Tony Yanez

   Attorneys Ignacio Torteya, III and Jaime Saenz appeared.

   Plaintiff's must file an answer to Defendant's Response (Docket No. 14) by the first week in December, 2003.