IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____.

| | | |
|---|---|---|
| DANNY HERMAN TRUCKING, INC. | § | |
|    Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-03-111 |
| | § | |
| | § | |
| AUTO TRANSPORTES ROMEDU, S.A. | § | |
| DE C.V., ROMULO MEJIA, Individually, | § | |
| and ARNULFO AMADOR RODRIGUEZ, | § | |
| Individually, | § | |
|    Defendants. | § | |

## ORDER

Pending is the Magistrate Judge's January 14, 2004 Report and Recommendation in the above-referenced cause of action. <u>Docket No. 18</u>. No objections have been lodged by either side and the time for doing so has expired. Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation should be **ADOPTED**.

Therefore, it is **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** and Danny Herman's Motion to Transfer Venue is hereby **GRANTED**.

Signed this the 26th day of January, 2004.

_____
Andrew S. Hanen
United States District Judge