```
                                                    United States District Court
                                                      Southern District of Texas
                                                              ENTERED
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF TEXAS                    FEB 1 0 2004
           BROWNSVILLE DIVISION
                                                    Michael N. Milby, Clerk of Court
                                                    By Deputy Clerk
```

| | |
|---|---|
| DANNY HERMAN TRUCKING, INC. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-03-111 |
| § | |
| AUTO TRANSPORTES ROMEDU, S.A. § | |
| DE C.V., ROMULO MEJIA, § | |
| Individually and ARNULFO AMADOR § | |
| RODRIGUEZ, Individually § | |

# ORDER

Through inadvertance of the clerk's office, defendants were not apprised of the Magistrate Judge's report and recommendation issued on January 14, 2004. This court adopted that recommendation on January 26, 2004.

Upon receipt of that order, the defendants immediately (on February 2, 2004) filed a motion for leave to file objections along with those objections claiming the lack of notice referred-above. In the interest of justice, this court hereby sets aside its order of January 26, 2004 and grants the motion for leave to file. Defendants are allowed until February 18, 2004 to file any additional briefs or memorandum. Plaintiff is then allowed until February 27, 2004 to respond, if it so chooses. The court will then consider the Magistrate Judge's report and recommendation, as if all motions, objections and responses thereto were timely filed.

Signed this the 10th day of February, 2004.

Honorable Andrew S. Hanen
United States District Judge