

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 3 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DANNY HERMAN TRUCKING INC. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-03-111 |
| § | |
| AUTO TRANSPORTES ROMEDU § | |
| SA DE CV, ET AL § | |

### ORDER

On January 14, 2004, Magistrate Judge John Wm. Black filed a Report and Recommendation concerning the Motion to Transfer this case to the Eastern District of Texas, in which he advised the Court to grant that motion. The defendants have duly filed objections to that Report and Recommendation. Having considered de novo the issues raised by those objections, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation and **ORDERS** this case to be transferred to the United States District Court for the Eastern District of Texas, Tyler Division.

SIGNED in Brownsville, Texas, this 29th day of March, 2004.

Andrew S. Hanen
United States District Judge